IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANETTE HALE                                                                                          PLAINTIFF

vs.                                          Civil No. 2:12-cv-02302

CAROLYN W. COLVIN                                                                                 DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Defendant's Motion to Remand.  ECF No. 17.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable P. K. Holmes, III referred this case to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests that Plaintiff's case be remanded so that the ALJ may "further evaluate Plaintiff's residual functional capacity." ECF No. 17.  The ALJ would be able to hold a new hearing "to expressly consider the post-hearing evidence submitted in July, 2011, specifically related to Plaintiff's alleged falls." *Id.*  The Court has contacted Plaintiff's counsel, and Plaintiff does not oppose Defendant's requested remand.

Based upon the foregoing, this Court recommends Defendant's Motion to Remand (ECF No. 17) be **GRANTED,** and Plaintiff's case be remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely**

1

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 22nd day of July 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE