IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANETTE HALE                                                                                           PLAINTIFF

v.                                          Case No. 2:12-CV-02302

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's Motion to Remand (Doc. 17) is GRANTED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 20th day of August, 2013.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE